## 2606.   Sanders v. The State.

HILL, C. J. In this case the evidence for the State is hardly sufficient to raise a bare suspicion of the defendant's guilt. The verdict was wholly unauthorized.                        *Judgment reversed.*

Indictment for larceny from the house; from Cobb superior court—Judge Morris. April 12, 1910.

Submitted May 17,—Decided June 14, 1910.

*Clay & Morris,* for plaintiff in error.

*J. P. Brooke, solicitor-general,* contra.